UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALBERT C. BURGESS, JR., No. 88539-071,

    Petitioner,

v.

WARDEN D. SPROUL,

    Respondent.

Case No. 21-cv-1716-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Albert C. Burgess, Jr.'s petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent Warden D. Sproul and against petitioner Albert C. Burgess, Jr. and that this case is dismissed with prejudice.

**DATED: June 9, 2022**       MONICA A. STUMP, Clerk of Court

                                                  **s/Tina Gray, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**